UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-388-1D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | MOTION TO CONTINUE SENTENCING |
| v. | ) | |
| | ) | (Under Seal) |
| WAYNE DEVON WILLIAMS, JR. | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 49 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the **14** day of November, 2018.

JAMES C. DEVER III
United States District Judge