IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-388-D

UNITED STATES OF AMERICA )
)
v. )
)
WAYNE DEVONE WILLIAMS, JR., ) **ORDER**
)
Defendant. )

The United States SHALL respond to defendant's request for early termination of supervised release [D.E. 99]. Cf. [D.E. 97, 98]. The response shall include the position of probation. The response is due no later than July 31, 2026.

SO ORDERED. This 25 day of June, 2026.

JAMES C. DEVER III
United States District Judge