# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### No. 5:17-CR-388-D

UNITED STATES OF AMERICA )
                                    )
            v.                          )
                                    )       **ORDER**

WAYNE DEVONE WILLIAMS, JR., )
                                    )
          Defendant.          )

The court has reviewed the record and governing law. In light of the United States' and probation's support and the relevant factors under 18 U.S.C. § 3553(a), the court GRANTS defendant's motion for early termination of supervised release [D.E. 99].

SO ORDERED. This 16 day of July, 2026.

JAMES C. DEVER III
United States District Judge